**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOANDREA MILLER,**<br><br>       **Plaintiff,**<br><br>       **vs.**<br><br>**ZIMMER, INC.** *et al.***,**<br><br>       **Defendant(s).** | **Case No.: 12-CV-3167 YGR**<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MULTIDISTRICT LITIGATION PROCEEDINGS** |

The Parties' request for a stay of proceedings is **GRANTED**.

All deadlines and proceedings in this action, including but not limited to any deadline to respond to the Complaint, the period for initial disclosures pursuant to Rule 26, and other discovery and pretrial deadlines are **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272.

This Order Terminates Docket Number 4.

**IT IS SO ORDERED**.

Date: September 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**